# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEAN MARIE DELVAR** a/k/a **JEAN DELVAR**,
Appellant,

v.

**NEW PENN FINANCIAL LLC** d/b/a **SHELLPOINT MORTGAGE SERVICING,** assignee of all interests from Ocwen Loan Servicing, LLC formerly GMAC Mortgage, LLC, and
**MARIE ELIE DELVAR** a/k/a **MARIE DELVAR**,
Appellees.

No. 4D18-655

[April 4, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph G. Marx, Judge; L.T. Case No. 502008CA012303XXXXMB.

Kendrick Almaguer and Peter Ticktin of The Ticktin Law Group, Deerfield Beach, for appellant.

David Rosenberg, Cynthia L. Comras, and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***